```
 1  BORIS FELDMAN, State Bar No. 128838
    DOUGLAS CLARK, State Bar No. 171499
 2  PERI NIELSEN, State Bar No. 196781
    KENT EASTER, State Bar No. 199838
 3  CLAUDIA N. MAIN, State Bar No. 212200
    ALYSON N. DINSMORE, State Bar. No. 221643
 4  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 5  650 Page Mill Road
    Palo Alto, CA 94304-1050
 6  Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
 7
    Attorneys for Defendants
 8  BUSINESS OBJECTS S.A.,
    BERNARD LIAUTAUD, JOHN OLSEN
 9  and JIM TOLONEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BUSINESS OBJECTS S.A. SECURITIES LITIGATION | CASE NO.: C 04-2401 MJJ |
| This Document Relates To: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR HEARING AND CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
CASE NO.: C 04-2401 MJJ

C:\NrPortbl\PALIB1\CNM\2668638_1.DOC

1  It is hereby stipulated by and between the parties hereto as follows:

2  WHEREAS, on February 22, 2005, defendants Business Objects S.A., Bernard Liautaud,
3  John Olsen and James Tolonen filed their motion to dismiss the consolidated complaint;

4  WHEREAS, defendants noticed the hearing on their motion to dismiss for May 17, 2005
5  in accordance with this Court's Civil Local Rules and Standing Order;

6  WHEREAS, pursuant to the Order dated November 19, 2004, the Court set the Case
7  Management Conference for June 21, 2005 or thirty days after the hearing on defendants' motion
8  to dismiss the consolidated complaint, whichever date occurs later;

9  WHEREAS, by Clerk's Notice dated May 11, 2005, the Court *sua sponte* moved the
10 hearing date of the motion to dismiss to June 14, 2005 at 9:30 a.m.;

11 WHEREAS, due to preexisting obligations, counsel for defendants is not available for a
12 hearing on June 14, 2005;

13 WHEREAS, counsel for the parties have met and conferred and agreed to mutually
14 acceptable dates for the hearing on defendants' motion to dismiss and the Case Management
15 Conference;

16 WHEREAS, the parties to this action, by and through their attorneys, and subject to this
17 Court's approval, hereby STIPULATE AND AGREE:

18  1.  The hearing on defendants' motion to dismiss, currently scheduled for June 14,
19 2005, shall be continued to July 12, 2005 at 9:30 a.m.; and

20  2.  The Case Management Conference, scheduled for June 21, 2005, or thirty days
21 after the hearing on defendants' motion to dismiss the consolidated complaint, shall be continued
22 to August 16, 2005 at 2:00 p.m.

23  [SIGNATURES ON NEXT PAGE]

STIPULATION AND [PROPOSED] ORDER    -1-    C:\NrPortbl\PALIB1\CNM\2668638_1.DOC
CASE NO.: C 04-2401 MJJ

|  |  |
|---|---|
| Dated: June 8, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|  | By: /s/ Claudia N. Main<br>CLAUDIA N. MAIN |
|  | Attorneys for Defendants BUSINESS OBJECTS S.A., BERNARD LIAUTAUD, JOHN OLSEN and JIM TOLONEN |
| Date: June 8, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
|  | By: /s/ Jonah Goldstein<br>JONAH GOLDSTEIN |
|  | Lead Counsel for Plaintiffs |

I, Claudia N. Main, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR HEARING AND CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Jonah Goldstein has concurred in this filing.

|  |  |
|---|---|
| Dated: June 8, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|  | By: /s/ Claudia N. Main<br>CLAUDIA N. MAIN |

## ORDER

Pursuant to the parties' stipulation, the Court orders the following schedule:

1. The hearing on defendants' motion to dismiss the consolidated complaint, which is currently scheduled for June 14, 2005, shall be continued to July 26, 2005 at 9:30 a.m.; and

2. The Case Management Conference, which is currently scheduled for June 21, 2005, shall be continued to August 16, 2005 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 6/13/2005          /s/
                          THE HONORABLE MARTIN J. JENKINS
                          UNITED STATES DISTRICT COURT JUDGE

APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California