BORIS FELDMAN, State Bar No. 128838
DOUGLAS CLARK, State Bar No. 171499
PERI NIELSEN, State Bar No. 196781
KENT EASTER, State Bar No. 199838
CLAUDIA N. MAIN, State Bar No. 212200
ALYSON N. DINSMORE, State Bar. No. 221643
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BUSINESS OBJECTS S.A.,
BERNARD LIAUTAUD, JOHN OLSEN
and JIM TOLONEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BUSINESS OBJECTS S.A. SECURITIES LITIGATION | CASE NO.: C 04-2401 MJJ |
| | **STIPULATION AND [PROPOSED] ORDER** |
| This Document Relates To: | |
| No. 04 CV-03103 MJJ (*Judkins*) No. 04 CV-03085 MJJ (*Campagnuola*) | |

STIPULATION AND [PROPOSED] ORDER
CASE NO.: C 04-2401 MJJ

C:\NrPortbl\PALIB1\JFS\2668828_1.DOC

| | |
|---|---|
| 1 | The parties hereby stipulate and the Court hereby orders as follows: |
| 2 | WHEREAS, pursuant to the Consolidation and Scheduling Order dated August 6, 2004 |
| 3 | (the "Consolidation Order"), the Court consolidated *Mark K. Kaufman, et al. v. Business Objects* |
| 4 | *S.A., et al.*, Case No. C 04-2401 MJJ and *Rosenbaum Partners LP v. Business Objects S.A., et* |
| 5 | *al.*, Case No. C 04-02863 JW and all related actions that are subsequently filed in or transferred |
| 6 | to this District into *In re Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 |
| 7 | MJJ for pretrial proceedings, trial, and appeal; |
| 8 | WHEREAS, on November 5, 2004, Judge Jenkins entered an order in *In re Business* |
| 9 | *Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ: (1) appointing City of |
| 10 | Pontiac Policemen's and Firemen's Retirement Systems as lead plaintiff ("Pontiac"); and |
| 11 | (2) approving Pontiac's selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as |
| 12 | lead counsel; |
| 13 | WHEREAS, as reflected in the Related Case Order dated December 13, 2004, the Court |
| 14 | found that the following actions are related (as defined in Civil Local Rule 3-12(b)) to *In re* |
| 15 | *Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ: *Campagnuola, et* |
| 16 | *al. v. Business Objects S.A., et al.*, Case No. 04 CV-03085-JW (the "Campagnuola Action"); and |
| 17 | *Judkins, et al. v. Business Objects S.A., et al.*, Case No. 04 CV-03103-JW (the "Judkins |
| 18 | Action"); |
| 19 | WHEREAS, by Clerk's Notice Order dated January 6, 2005, the Court scheduled a Case |
| 20 | Management Conference for June 21, 2005 at 2:00 p.m. in the Judkins Action; |
| 21 | WHEREAS, by Clerk's Notice dated January 6, 2005, the Court scheduled a Case |
| 22 | Management Conference for June 21, 2005 at 2:00 p.m. in the Campagnuola Action; |
| 23 | WHEREAS, on January 7, 2005, lead plaintiff filed the consolidated complaint in *In re* |
| 24 | *Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ (the "Consolidated |
| 25 | Complaint"); |
| 26 | WHEREAS, by Clerk's Notice dated May 11, 2005, the Court entered an order setting |
| 27 | the hearing on defendants' motion to dismiss the Consolidated Complaint *In re Business Objects* |
| 28 | *S.A. Securities Litigation*, Master File No. C 04-2401 MJJ for June 14, 2005; |

WHEREAS, by Order dated November 19, 2004, the Court set the Case Management Conference in *In re Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ for June 23, 2005, or thirty days after the hearing on defendants' motion to dismiss the Consolidated Complaint;

WHEREAS, counsel for the parties in *In re Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ, by separate stipulation, are seeking the Court's approval to continue the hearing on defendants' motion to dismiss the Consolidated Complaint to July 26, 2005 at 9:30 a.m. and to continue the Case Management Conference to August 16, 2005 at 2:00 p.m.;

WHEREAS, the parties to this action, by and through their attorneys, in the interests of judicial economy, to avoid the waste of resources and to avoid unnecessary costs and expenses, and subject to this Court's approval, hereby STIPULATE AND AGREE:

1. The Judkins Action and Campagnuola Action shall be consolidated with and into *In re Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ for pretrial proceedings, trial, and appeal in accordance with the Consolidation Order dated August 6, 2004 and the Related Case Order dated December 13, 2004; and

2. The Case Management Conference in the Judkins Action and the Campagnuola Action, which are currently scheduled for June 21, 2005, shall be taken off calendar.

Dated: June 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Claudia N. Main
CLAUDIA N. MAIN

Attorneys for Defendants BUSINESS OBJECTS S.A., BERNARD LIAUTAUD, JOHN OLSEN and JIM TOLONEN

Date: June 10, 2005

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Jonah Goldstein
JONAH GOLDSTEIN

Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
CASE NO.: C 04-2401 MJJ
-2-
C:\NrPortbl\PALIB1\JFS\2668828_1.DOC

|   |   |
|---|---|
| 1 | I, Claudia N. Main, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] CONSOLIDATION AND SCHEDULING. In compliance with General Order 45.X.B, I hereby attest that Jonah Goldstein has concurred in this filing. |

Dated: June 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Claudia N. Main
     CLAUDIA N. MAIN

<u>ORDER</u>

Pursuant to the parties' stipulation, the Court orders as follows:

1. The Judkins Action and Campagnuola Action shall be consolidated with and into *In re Business Objects S.A. Securities Litigation*, Master File No. C 04-2401 MJJ for pretrial proceedings, trial, and appeal in accordance with the Consolidation Order dated August 6, 2004 and the Related Case Order dated December 13, 2004; and

2. The Case Management Conference in the Judkins Action and the Campagnuola Action, which are currently scheduled for June 21, 2005, shall be taken off calendar.

IT IS SO ORDERED.

Dated: 6/13/2005

/s/
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge Martin J. Jenkins