| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) |
| | JONAH H. GOLDSTEIN (193777) |
| 3 | DAVID W. MITCHELL (199706) |
| | 401 B Street, Suite 1600 |
| 4 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax) |
| 6 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re BUSINESS OBJECTS S.A SECURITIES LITIGATION | ) ) ) | Master File No. C-04-2401-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | STIPULATION AND [PROPOSED] ORDER |
| ALL ACTIONS. | ) ) | |

1  It is hereby stipulated by and between the parties hereto as follows:

2  WHEREAS, pursuant to the Court's July 27, 2005 Order, plaintiffs are scheduled to file their
3  amended complaint no later than August 26, 2005;

4  WHEREAS, counsel for the parties are seeking the Court's approval to extend the time to file
5  the amended complaint to September 9, 2005;

6  WHEREAS, the parties to this action, by and through their attorneys, in the interests of
7  judicial economy, to avoid the waste of resources and to avoid unnecessary costs and expenses, and
8  subject to this Court's approval, hereby STIPULATE AND AGREE:

9  The amended complaint, which is currently scheduled to be filed on August 26, 2005 will be
10 filed on September 9, 2005.

11 DATED: August 22, 2005                    LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
12                                           WILLIAM S. LERACH
                                             JONAH H. GOLDSTEIN
13                                           DAVID W. MITCHELL

14
15                                           _____
                                                       DAVID W. MITCHELL
16
                                             401 B Street, Suite 1600
17                                           San Diego, CA 92101
                                             Telephone: 619/231-1058
18                                           619/231-7423 (fax)

19                                           Lead Counsel for Plaintiffs

20 DATED: August 22, 2005                    WILSON SONSINI GOODRICH & ROSATI,
                                             P.C.
21                                           DOUGLAS CLARK

22
23                                           _____
                                                       DOUGLAS J. CLARK
24
                                             650 Page Mill Road
25                                           Palo Alto, CA 94304-1050
                                             Telephone: 650/493-9300
26                                           650/493-6811 (fax)

27                                           Attorneys for Defendants BUSINESS OBJECTS
                                             S.A., BERNARD LIAUTAUD, JOHN OLSEN
28                                           and JIM TOLONEN

1  Pursuant to the parties' stipulation, the amended complaint, which is currently scheduled to
2  be filed on August 26, 2005, will be filed on September 9, 2005.
3  IT IS SO ORDERED.

4
5  DATED: 8/25/2005

   _____
   THE HONORABLE MARTIN J. JENKINS
6  UNITED STATES DISTRICT JUDGE

   S:\CasesSD\Business Objects\ORD00023730.doc

**STIPULATION AND [PROPOSED ORDER]** - C-04-2401-MJJ — - 2 -