| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|  |   RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) |
|  | JONAH H. GOLDSTEIN (193777) |
| 3 | DAVID W. MITCHELL (199706) |
|  | 401 B Street, Suite 1600 |
| 4 | San Diego, CA 92101 |
|  | Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax) |
| 6 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re BUSINESS OBJECTS S.A SECURITIES LITIGATION | ) ) ) | Master File No. C-04-2401-MJJ |
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) ) | STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER |
| ALL ACTIONS. | ) ) | |

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, stipulate as
2  follows:
3  WHEREAS, on January 7, 2005, plaintiff City of Pontiac Policeman's and Fireman's
4  Retirement System filed the Consolidated Complaint for Violations of Federal Securities Laws (the
5  "Complaint") in this action against Business Objects S.A., Bernard Liautaud, James Tolonen and
6  John Olsen (collectively "defendants");
7  WHEREAS, plaintiff and its counsel have decided to voluntarily dismiss this action with
8  prejudice;
9  WHEREAS, defendants stipulate to this dismissal;
10  WHEREAS, the matter has not been certified as a class action and the Court dismissed
11  plaintiffs' Complaint by Order of July 27, 2005;
12  WHEREAS, under Fed. R. Civ. P. 41(a)(1), plaintiff is entitled to dismiss this action upon
13  stipulation of the parties: "Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of
14  the United States, an action may be dismissed by the plaintiff without order of the court . . . (ii) by
15  filing a stipulation of dismissal signed by all parties who have appeared in the action";
16  WHEREAS, since this case involves a putative class action, this Court has an obligation,
17  under Fed. R. Civ. P. 23(e), to ensure that the rights of the absent putative class members are not
18  prejudiced;
19  WHEREAS, the principal purpose of Fed. R. Civ. P. 23(e) is to prevent defendants from
20  paying consideration to the named plaintiff in return for the dismissal of the action without
21  consideration being paid to absent putative class members. *See Diaz v. Trust Territory of Pac.*
22  *Islands*, 876 F.2d 1401, 1408-11 (9th Cir. 1989). No such danger exists here, as neither plaintiff nor
23  counsel has received or will receive any consideration for dismissal;
24  WHEREAS, because a class has not been certified, no prejudice to absent putative class
25  members will result from dismissal of the Complaint; and
26  IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective
27  counsel, and subject to the Court's approval, that this action shall be dismissed under the following
28  terms and conditions:

STIP OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER - C-04-2401-MJJ - 1 -

1. The parties agree that plaintiff will dismiss his claims with prejudice, under Fed. R. Civ. P. 41(a), and this dismissal is with prejudice only as to plaintiff City of Pontiac Policeman's and Fireman's Retirement System.

2. No party will contend that the other party (or its counsel) has violated Fed. R. Civ. P. 11 in connection with this matter. The parties agree to bear their own costs in connection with this matter, and no party or their counsel shall seek reimbursement from or pursue any action or claim against any other party or their counsel for any fees, costs, expenses, damages or otherwise of any sort in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action and that the parties and their counsel finally and forever release, relinquish and discharge each other for all claims (including unknown claims), arising out of, in any way relating to, or in connection with the institution, prosecution, assertion or resolution of this case.

IT IS SO STIPULATED.

DATED: September 8, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JONAH H. GOLDSTEIN
DAVID W. MITCHELL

    */s/ Jonah H. Goldstein*
    JONAH H. GOLDSTEIN

401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

| | |
|---|---|
| DATED: September 8, 2005 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>DOUGLAS CLARK |

                                         *lsl Douglas J. Clark*
                                       DOUGLAS J. CLARK

                                650 Page Mill Road
                                Palo Alto, CA 94304-1050
                                Telephone: 650/493-9300
                                650/493-6811 (fax)

                                Attorneys for Defendants BUSINESS OBJECTS S.A., BERNARD LIAUTAUD, JOHN OLSEN and JIM TOLONEN

I, Jonah H. Goldstein, am filing this Stipulation of Voluntary Dismissal and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Douglas J. Clark has concurred in this filing.

                                LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP

                                  */s/ Jonah H. Goldstein*
                                  JONAH H. GOLDSTEIN

                         \*    \*    \*

**O R D E R**

Pursuant to the parties' stipulation, the above-captioned matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 9/8/2005                             THE HONORABLE MARTIN J. JENKINS
                                                                        UNITED STATES DISTRICT JUDGE

S:\CasesSD\Business Objects\STP00023960.doc